**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

# Court of Appeals

## Thirteenth District of Texas

January 30, 2015

Hon. Laura Hinojosa
District Clerk
100 N Closner - 1st Floor
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-14-00414-CV
Tr.Ct.No. C-5555-13-C
Style:    In re Order of Foreclosure Concerning 3713 Martz Lane, McAllen, TX 78504


The judgment of the trial court in the above cause was DISMISSED-WANT OF JURISDICTION by this Court on the 30th day of October, 2014. The mandate is enclosed.

Costs of the appeal were adjudged against appellant, VICTOR GUTIERREZ. The $195.00 filing fee in this matter has not been paid. Therefore, pursuant to TEX. R. APP. P. 51.1, the bill of cost is attached. We request that you issue execution for these costs and, upon collection, remit same to the Clerk of this Court.

Pursuant to Section 51.204(b) of the Government Code, the attorneys of record are hereby notified that any exhibits submitted to the Court by a party may be withdrawn by that party or the party's attorney of record within 30 days. Exhibits on file with the Court will be destroyed three (3) years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   Mr. Victor Gutierrez
      Hon. Joseph Vacek (DELIVERED VIA E-MAIL)